PROB 12CW(d)
07/15

January 20, 2017

1

# EXPANDED VIOLATION WORKSHEET

**FILED**
FEB 17 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. Defendant: Garcia-Solorio, Arcenio

2. Docket No. (Year-Sequence-Defendant No.): 17CR7022-BAS

3. List Each Violation and Determine the Applicable Grade (*See* USSG § 7B1.1):

   | Violation(s) | Grade |
   |---|---|
   | Removed Alien Found in the United States | B |

4. Most Serious Grade of Violation (*See* USSG § 7B1.1(b))    [ B ]

5. Criminal History Category (*See* USSG § 7B1.4(a))    [ VI ]

6. Statutory Maximum Term (*Custody*) (*See* 18 U.S.C. § 3583(e)(3))
   Upon finding of a violation, the court may modify the conditions of supervision; extend the term if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. If the court revokes supervised release, the maximum term of imprisonment upon revocation is:    [ 24 months ]

7. Range of Imprisonment (*Custody*) (See USSG § 7B1.4(a) and (b)(3)(A))
   A Grade B violation with a Criminal History Category VI establishes an imprisonment range of 21 to 27 months. However, because the maximum of the imprisonment range exceeds the statutory maximum term, the adjusted imprisonment range is:    [ 24 months ]

8. Statutory Maximum Term (*Supervised Release*) (See 18 U.S.C. § 3583(b))

   If supervised release is revoked and a term of imprisonment is imposed that is less than the maximum term of imprisonment imposable upon revocation, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment upon revocation. In this case, the court has the authority to reimpose a term of:    [ 36 months ]

PROB 12CW(d)
07/15

January 20, 2017

2

9. Recommendation: [ 14 months custody, consecutive to any other sentence being served. *See USSG § 7B1.3(f)*- w/22 months of supervised release to follow ]

By: *[signature]*

Nicole Fisher
U.S. Probation Officer

Reviewed by:

*[signature]*

Christopher J. Marco
Supervising U.S. Probation Officer