Attorney Name and Address:

Robert C. Schlein
750 B. Street Suite 3210
San Diego, CA 92101

PHONE: 619.235.9026

_____ RETAINED    **x** APPOINTED

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIAL JUDGE **CYNTHIA A. BASHANT** | COURT REPORTER **D. PEABODY** |
| UNITED STATES OF AMERICA | CASE NO. **17-CR-7022-BAS** |
| vs. | NOTICE OF APPEAL   (Criminal) |
| ARCENIO GARCIA-SOLORIO | |

Notice is hereby given that ARSENIO GARCIA-SOLORIO, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:    (check one)
( ) Final Judgment
(✓) Sentence Only (sentence imposed) Custodial Sentence of 14 Months
( ) Order (describe) _____
entered in this proceeding on the    26    day of    April    ,    2017
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4) _____ Yes _____ No

Date: May 1, 2017

_[signature: R. Schle—]_
Signature

Transcripts required*  **x** Yes _____ No

Date   ( ) Indictment     (✓) Information Filed:    December 22, 2016
Bail status In Custody

Will there be a request to expedite the appeal?    _____ Yes    **X** No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

---

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.